The Honorable Marc Barreca
Chapter 7
Hearing Date: October 23, 2019
Hearing Time: 10:00 a.m.
Place: Everett Station
Response Due: October 16, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>DANIEL DELAINE MUNRO and<br>SUZANNE LESLIE MUNRO,<br><br>Debtors. | No. 19-13401<br><br>TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY |

COMES NOW, the Trustee, Virginia A. Burdette, and objects to the Motion for Relief from Stay filed by creditor, Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-6 ("Creditor"). The Movant is seeking relief from automatic stay as to the enforcement of the Creditor's note and deed on the Debtors' real property commonly described as 7115 174th Street SW, Edmonds, WA 98026. The Trustee's objection to the Motion is based on the following representations:

1. The § 341(a) meeting of creditors was held in this case on October 8, 2019.

2. From the Debtors' testimony at the meeting of creditors and their Chapter 7 petition, I learned that the Debtors are in possession of a joint check for $57,763.10 or similar amount, which is payable to the Movant and the Debtors as payment on an insurance claim for tree damage caused to the aforementioned real property.

TRUSTEE'S OBJECTION TO MOTION FOR RELIEF
FROM STAY - 1

Virginia A. Burdette
Chapter 7 Trustee
5506 6th Avenue South, Suite 207
Seattle, WA 98108
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

Case 19-13401-MLB    Doc 14    Filed 10/09/19    Ent. 10/09/19 11:08:05    Pg. 1 of 2

3. The funds are the Movant's collateral and, if applied to its loan on the property, would substantially reduce the amount of the Movant's claim. The Trustee believes that relief from automatic stay is currently unnecessary, as the Movant is adequately protected by its significant equity cushion in the property.

4. Furthermore, the Trustee needs time to investigate the validity of other liens that may exist against the property and to investigate the property's value, which, given its Edmonds location, may be significant even as a tear-down,

For the reasons stated herein, the Trustee respectfully requests that the Court deny the Motion for Relief.

Dated this 9th day of October, 2019.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY - 2

Virginia A. Burdette
Chapter 7 Trustee
5506 6th Avenue South, Suite 207
Seattle, WA 98108
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

Case 19-13401-MLB    Doc 14    Filed 10/09/19    Ent. 10/09/19 11:08:05    Pg. 2 of 2